**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

**By ECF**

December 14, 2022

Honorable Philip M. Halperin
United States District Judge
United States District Court
300 Quarropas Street
White Plains, N.Y. 10601

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> December 16, 2022

Re: *United States v. Williams, et al.*
22 Cr. 641 (PMH)
Client: Thomas Rodriguez

Dear Judge Halperin:

    I represent Thomas Rodriguez pursuant to the Criminal Justice Act. I write to request the assignment of Private Investigator Leonard Ward to assist in the defense of Mr. Rodriguez to strategize with myself, to meet with my client and to locate and interview clients in Newburgh and elsewhere. United States District Court Judges in the Southern District of New York previously assigned Mr. Ward on cases including the Honorable Kenneth M. Karas.

    Mr. Ward's hourly rate is the standard CJA rate of $110 per hour. I believe that 75 hours will be necessary to complete this assignment. The expected fee based on the expected hours and hourly rate would be $8250. If additional hours are needed, I will advise Your Honor and seek additional funds.

    Attached is a copy of Mr. Ward's resume and a completed CJA form concerning his expected work and hours.

    Thank you for your consideration of this request.

    Respectfully yours.
    /s/
    Thomas F.X. Dunn