**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
20 Vesey Street
Suite 400
New York, New York 10007
Tel: 212-941-9940
Thomasdunnlaw@aol.com

BY ECF  							May 18, 2023

Honorable Philip M. Halpern
United States District Judge
United States District Court
300 Quarropas Street
White Plains, N.Y. 10601

| |
|---|
| Application granted. <br><br> SO ORDERED. <br> _/s/_ <br> _____ <br> Philip M. Halpern <br> United States District Judge <br><br> Dated: White Plains, New York <br>     May 19, 2023 |

  Re: *United States v. Williams, et. al*,
    22 Cr. 641 (PMH)
    Client: Thomas Rodriguez
    Application to file interim vouchers

Dear Judge Halperin:

  I represent Thomas Rodriguez pursuant to the Criminal Justice Act in this matter. I write to request permission to file interim vouchers in this case. I make this request because of the vast amount of discovery in this case reviewed to date and the expected time required in the future for discovery review.

  Thank you for your consideration of this request.

                 Respectfully yours,
                    /s/
                  Thomas F.X. Dunn