```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
                                    :   ORDER
    - against -                     :
                                    :   22 Cr 641 (PMH)
THOMAS RODRIGUEZ                    :
                                    :
            Defendant.              :
------------------------------------X
```

PHILIP M. HALPERN, U.S.D.J.

Upon the application of David Stern and Mark DeMarco, counsel for **THOMAS RODRIGUEZ,** a defendant in the above captioned case;

**IT IS HEREBY ORDERED**, that the Essex County Correctional Facility allow the following clothing to be admitted for Thomas Rodriguez for his upcoming trial:

1. 2 Slacks
2. 2 Sweaters/Suit Jackets
3. 2 Shirts
4. 2 Pairs of Socks
5. 1 Pair of Shoes

Dated: White Plains, New York
       May 7 , 2025

S O   O R D E R E D:

_____
HON. PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE